■ BENJAMIN MORALES, Appellant, v JORGE GARZON et al., Respondents. [992 NYS2d 418]—

Judgment, Supreme Court, Bronx County (Mary Ann Brigantti-Hughes, J.), entered June 20, 2013, dismissing the complaint, unanimously affirmed, without costs. Appeal from order, same court and Justice, entered June 10, 2013, which granted defendants' motion for summary judgment, unanimously dismissed, without costs, as subsumed in the appeal from the judgment.

Defendants established under any version of the facts that plaintiff was negligent, by demonstrating that, while under a darkened overpass, their tractor-trailer was struck in the rear by plaintiff's box truck. Plaintiff failed to provide a nonnegligent explanation for the collision (*see Avant v Cepin Livery Corp.*, 74 AD3d 533 [1st Dept 2010]). Concur—Mazzarelli, J.P., Renwick, Andrias, Richter and Feinman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND LOPEZ, Appellant. [992 NYS2d 418]—

Judgment of resentence, Supreme Court, New York County (Rena K. Uviller, J.), rendered February 22, 2012, resentencing defendant to a term of 14 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]).

We perceive no basis for reducing the term of postrelease supervision. Concur—Mazzarelli, J.P., Renwick, Andrias, Richter and Feinman, JJ.